UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:03CR13-V

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAMES TROY INGRAM ) | **FINAL ORDER AND JUDGMENT**<br>**CONFIRMING FORFEITURE** |

On February 16, 2005, this Court entered a preliminary order of forfeiture (filed February 22, 2005) pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Count One in the bill of indictment. In that count, defendant was charged with conspiracy to possess with intent to distribute marijuana in violation of 21 U.S.C. §841(a)(1) and §846. In his plea agreement, defendant consented to forfeiture.

On July 22, July 29, and August 5, 2005, the United States published in the Hickory Daily Record, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. In addition, the government has represented that it has served notice on the defendant's wife, whose name appears on the deed as a current owner of the property, by certified mail, return receipt requested. It appears from the record herein that no third-party petitions have been filed. Based on the copy of the deed submitted with the government's motion, the Court finds, in accordance with Rule 32.2(c)(2), that the defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> Real estate located in Catawba County, NC at 3661 West Bay Dr., Sherrill's Ford, NC, listed in the names of James Troy Ingram and Angela Marie Ingram, identified in the Catawba County Register of Deeds office as Parcel ID: 369702960554. This property is also known as Lot 15, Bay Pointe, and is more particularly described in a deed recorded on August 13, 2001, at Book 2294, Page 344, in the Catawba County Public Registry, and it includes the boat slip referenced therein.

Signed: January 30, 2006

Richard L. Voorhees
Chief United States District Judge